**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | | Chapter 13 |
| Charles E. Ruge ) | | |
| ) | | |
| ) | | No.: 18-07454 |
| Debtors. ) | | Hon. Judge LaShonda A Hunt |

**NOTICE OF WITHDRAWAL OF MOTION**

Movant hereby withdraws its Motion for Relief from the Automatic Stay filed on October 1, 2018 [docket # 42], as the subject account is either current or substantially current.

BMO HARRIS BANK, N.A.

BY:  /s/ Adham Alaily
         One of its attorneys

Adham Alaily
aalaily@ea-atty.com
EGAN & ALAILY, LLC
321 N. Clark St., #1430
Chicago, Illinois 60654
(312) 253-8640

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 1, 2018, he caused the below-listed parties to be served via mail or email from 321 N. Clark Street, Chicago, Illinois 60654, before 5:00 P.M. on that date, a copy of the foregoing Notice of Withdrawal.

Charles E. Ruge, 801 S Pine Street, Streamwood, IL 60107, *Debtor* (Via U.S. Mail)
Melissa J. Ruge, 801 S Pine Street, Streamwood, IL 60107, *Debtor* (Via U.S. Mail)
David H Cutler, 4131 Main St., Skokie, IL 60076, *Debtor's Attorney* (Via CM/ECF)
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, *Trustee (*Via CM/ECF)
Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604, *US Trustee* (Via CM/ECF)