**CUTLER & ASSOCIATES, LTD.**
**ATTORNEYS AT LAW**
**4131 Main St.**
**SKOKIE, ILLINOIS 60076**

———

**TELEPHONE (847) 673-8600**
**FAX (847) 673-8636**

April 17, 2019

**Bankruptcy Case No. # 18-07454**
**Re: Charles E Ruge and Melissa J Ruge**

**Dear Bankruptcy Court Clerk,**

**Please accept this letter as our formal withdrawal for the claims our office filed on June 18, 2018 Proof of Claims: #16-1, #17-1, #18-1, #19-1, for FedLoan Servicing Department of Education as our claims are duplicate.**

                                                             **Sincerely,**

                                                             **/s/David Cutler**
                                                             **Attorney at Law**
                                                             **Cutler & Associates, Ltd.**
                                                             **4131 Main St.**
                                                             **Skokie, IL 60076**
                                                             **Phone: 847-673-8600**
                                                             **Fax: 847-673-8636**