NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Charles E Ruge
801 S Pine Street
Streamwood, IL 60107
SSN: xxx−xx−2121 EIN: N.A.

Case No. : 18−07454

Chapter : 13

Judge : David D. Cleary

Melissa J Ruge
801 S Pine Street
Streamwood, IL 60107
SSN: xxx−xx−2660 EIN: N.A.

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : JPMorgan Chase Bank, N.A.

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to WILMINGTON SAVINGS−CARRINGTON MTG SERV of your claim in the above matter, designated Claim No. 12 . If no objections are filed by you on or before February 20, 2020 the Court shall substitute WILMINGTON SAVINGS−CARRINGTON MTG SERV in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: January 31, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                            Northern District of Illinois
```

In re:                                                          Case No. 18-07454-DDC
Charles E Ruge                                                  Chapter 13
Melissa J Ruge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: moneal                Page 1 of 1                  Date Rcvd: Jan 31, 2020
                               Form ID: ntcasclm           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db/jdb          +Charles E Ruge,    Melissa J Ruge,    801 S Pine Street,    Streamwood, IL 60107-1421
26748786         JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    Monroe LA 71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              Adham   Alaily    on behalf of Creditor    BMO Harris Bank N.A. aalaily@ea-atty.com
              David H Cutler    on behalf of Debtor 2 Melissa J Ruge cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              David H Cutler    on behalf of Debtor 1 Charles E Ruge cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Todd J  Ruchman    on behalf of Creditor    Wilmington Savings Fund Society, FSB amps@manleydeas.com
              Todd J  Ruchman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               amps@manleydeas.com
                                                                                             TOTAL: 7