UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-07454 |
| Charles E Ruge and Melissa J Ruge | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING LOAN REFINANCING

Having read the MOTION TO AUTHORIZE heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

1) The Debtor's are authorized to, refinance the property at 801 S. Pine St., Streamwood, Il 60107, including but not limited to removing the Debtor, Charles R Ruge from the mortgage and modifying the current loan terms of the house to the following terms:
Loan Amount not to exceed: $155,035.46
Loan Rate not to exceed: 4.490%
Loan Payment not to exceed: $1317.33 which includes, principal, interest, taxes and insurance.

2) The Joint Debtor, Melissa J Ruge, will now be the sole mortgagor.

3) The Debtor, Charles E Ruge, will receive $17,361.26 from the refinancing per a divorce decree.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 31, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600