# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| **In re:** | **Charles E. Ruge** | ) | |
| | **Melissa Ruge** | ) | **18-07454** |
| | Debtor(s), | ) | **Judge David Cleary** |
| | | ) | |

*Notice of Objection*

The Trustee objects to Debtor's Motion to Sell

Marilyn O. Marshall,
Standing Trustee

/s/ Yanick Polycarpe
By: Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532