UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-07454 |
| Charles E Ruge and Melissa J Ruge | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b) & Shorten notice**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtors to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtors Motion USE SELL OR LEASE PROPERTY 363(b) located at 801 S Pine Street Streamwood, IL 60107 is hereby granted.
2. The mortgage lien held by WILMINGTON SAVINGS-CARRINGTON MTG SERV, shall be paid in full at closing pursuant to a proper payoff letter.
3. Debtors will provide the Trustee with a complete copy of the closing statement within 10 days of closing.
4. Debtors will be paid the first $30,000 as their homestead exemption.
5. Any funds over the homestead must be tendered to the trustee.
6. Notice is shortened.

Enter:  /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  February 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600