UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-07454 |
|---|---|---|
| Charles E Ruge | ) | |
| Melissa J Ruge | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The Debtors are allowed to keep all of the 2020 tax refund and the turnover requirement for 2020 is waived.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 30, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600